UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY O'CHEL,

    Plaintiff,

v.                                    Case No. 13-13845

DAVID KITCHEN,

    Defendants.
    _____/

**ORDER OF DISMISSAL**

    The court has been notified by Magistrate Judge Mona K. Majzoub that the parties have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **July 30, 2014**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. Further, the parties may also submit a substitute, stipulated order of dismissal or judgment by **July 30, 2014**.

    After August 30, 2014, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: June 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 30, 2014, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522